UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERESA PARTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-00956 |
| ) | Chief Judge Haynes |
| ) | |
| CEVA LOGISTICS U.S., INC. and ) | |
| ELWOOD STAFFING, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice of all claims against CEVA Logistics U.S., Inc., and Elwood Staffing Services, Inc. (Docket Entry No. 27). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice.** Each party shall bear its own costs and expenses.

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the 3rd day of December, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Judge